IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ISMAIL A H AKBAR,

    Petitioner,

v.                         CASE NO. 5:15-cv-00310-MP-EMT

GULF CORRECTIONAL INSTITUTION, JULIE L JONES,

    Respondents.
_____/

**O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated September 21, 2016. (ECF No. 19). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The time for filing objections has passed, and none have been filed. Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted. The Court agrees that the petitioner must first seek approval from the Eleventh Circuit before filing this second or successive petition.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order, except for the fact that the sentences were consecutive rather than concurrent. The motion to dismiss the petition, ECF No. 12, is granted and the petition dismissed. A certificate of appealability is denied. The Clerk is directed to close the file.

**DONE AND ORDERED** this *31st* day of October, 2016

                      *s/Maurice M. Paul*
                      Maurice M. Paul, Senior District Judge